1

2

3

4
        UNITED STATES DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON
             AT SEATTLE
5

6
DONALD JAMES,

7
          Plaintiff,

8
       v.
                          Case No. C05-21P

9
WENDY'S INTERNATIONAL, INC.,
                          TAXATION OF COSTS

10
         Defendant.

11

12
     Costs in the above-entitled action are hereby taxed against PLAINTIFF DONALD JAMES and

13
on behalf of DEFENDANT WENDY'S INTERNATIONAL, INC. in the amount of $2,315.82.

14
     Dated this _____12th_____ day of JUNE, 2006 .

15

16

17

18
     Bruce Rifkin

19
     Clerk, U.S. District Court

20

21

22

23

24

25

26
TAXATION OF COSTS -- 1